UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MARTIN LEIF BUSETH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KIM HOLLAND,<br><br>　　　　Respondent. | No. SA CV 15-1252-JFW (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: January 22, 2016

　　　　　　　　　　　　　　　　　　　　　　　/s/ John F. Walter
　　　　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE