JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| MARTIN LEIF BUSETH, | ) | No. SA CV 15-1252-JFW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| KIM HOLLAND, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: January 22, 2016

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE